PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kiburi D. Tucker     Cr.: 17-00501-001
    PACTS #: 4101793

Name of Sentencing Judicial Officer:     THE HONORABLE JOSE L. LINARES
    CHIEF UNITED STATES DISTRICT JUDGE

Reassigned Judicial Officer:     THE HONORABLE CLAIRE C. CECCHI
    CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/18/2018

Original Offense:     Count 1: Fraud by Wire - Radio - Or Television, 18 U.S.C. § 1343, a Class C Felony;
    Count 2: Tax Evasion, 26 U.S.C. § 7201, a Class D Felony

Original Sentence: 38 months imprisonment, 3 years supervised release

Special Conditions: Financial Disclosure, Gambling Restriction, Cooperate with IRS, Mental Health Treatment, New Debt Restrictions, Employment Restrictions, Self-Employment/Business Disclosure, Restitution, Substance Abuse Testing and Treatment, Support Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/24/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**

    Kiburi Tucker has failed to pay restitution as ordered. His current restitution balance is $130,481.10.

U.S. Probation Officer Action:
As part of Mr. Tucker's sentence, restitution in the amount of $133,624 was ordered to be paid in monthly installments of $100.  Since commencing supervision on April 24, 2020, he has made a total of thirteen payments. To date, Mr. Tucker has paid a total amount of $3,142.90.

Mr. Tucker is scheduled to terminate from supervision on April 23, 2023.  At this time, we are respectfully recommending Tucker's term of supervision be allowed to terminate as scheduled despite having an outstanding restitution balance as the Financial Litigation Unit of the U.S. Attorney's Office will pursue collection of the remaining balance. In addition, the government and defense counsel have advised probation that Mr. Tucker is working on assembling resources to make additional restitution payments prior to his supervised release termination date.

Prob 12A – page 2
Kiburi D. Tucker

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury*

By:  JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

_____  March 2, 2023
CARRIE H. BORONA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  Allow Supervision to Expire as Scheduled on April 23, 2023 (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

3/3/2023
Date